■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLOTTE WHITE, Appellant. [691 NYS2d 346] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Douglass, J.), rendered May 21, 1997, convicting her of manslaughter in the second degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant has not preserved for appellate review her contention that her waiver of the right to a jury trial was invalid (*see,* CPL 470.05 [2]; *People v Magnano,* 77 NY2d 941, *affg* 158 AD2d 979, *cert denied* 502 US 864; *People v McKnight,* 198 AD2d 306). In any event, the written jury waiver executed by the defendant and her statements on the record indicate that her waiver was knowingly, voluntarily, and intelligently made (*see, People v McQueen,* 52 NY2d 1025; *People v Wilson,* 258 AD2d 545; *People v Forbes,* 248 AD2d 552). Santucci, J. P., Luciano, Schmidt and Smith, JJ., concur.

■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON ZGRODEK, Appellant. [691 NYS2d 349] —Appeal by the defendant from a sentence of the County Court, Orange County (Pano Z. Patsalos, J.), imposed October 20, 1997.

Ordered that the sentence is affirmed (*see, People v Kazepis,* 101 AD2d 816). Mangano, P. J., Bracken, Altman, McGinity and H. Miller, JJ., concur.